UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHRISTOPHER THOMPSON                                                                       PLAINTIFF

v.                                      No. 2:20-CV-02167

RAYMOND OTTMANN, in his individual                                                        DEFENDANT
capacity

## JUDGMENT

Pursuant to the opinion and order entered in this case on this date and the opinion and order entered in this case on June 1, 2021, this case is DISMISSED WITH PREJUDICE.

IT IS SO ADJUGED this 21st day of September, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE